IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.G. Wentworth, S.S.C. Limited Partnership,<br><br>       Plaintiff,<br>  v.<br><br>Settlement Funding LLC d/b/a<br>Peachtree Settlement Funding,<br><br>       Defendant. | Civil Action<br><br>No. 06-597 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Peter F. Marvin, of Marvin & Henkin, a member of the bar of this Court and co-counsel for defendant Settlement Funding LLC d/b/a Peachtree Settlement Funding, respectfully requests that this Honorable Court admit, Lynn Charytan, Esquire and Samir C. Jain, Esquire, *pro hac vice* with leave to participate actively and fully on behalf of defendant Settlement Funding LLC d/b/a Peachtree Settlement Funding, in all proceedings before this Court in this matter.

Ms. Charytan and Mr. Jain are partners in the Washington, D.C. office of Wilmer Cutler Pickering Hale and Dorr, LLP. As reflected on their attached Applicant's Statements, Ms. Charytan is a member in good standing of the bars of the State of New York and the District of Columbia as well as several federal courts. Mr. Jain is a member in good standing of the bars of the State of California and the District of Columbia as well as several federal courts.

I have every reason to believe that, as to each applicant, the applicant's professional, private and personal character is exemplary.

Counsel for plaintiff states that there is no objection to this Motion.

WHEREFORE, based upon the foregoing and the attached Applicant's Statements, we respectfully request that Lynn Charytan, Esquire and Samir C. Jain, Esquire, be specially admitted to the United States District Court for the Eastern District of Pennsylvania, for all purposes in this matter.

DATE: March 23, 2006

_____
Peter F. Marvin
Atty. I.D. No. 16095
MARVIN & HENKIN
8327 Germantown Avenue
Philadelphia, Pa. 19118
(215) 248-5201 (phone)
215.248.5204 (facsimile)
Pmarvin@Marvinhenkin.com  (email)

*Attorney for Defendant*
*Settlement Funding LLC d/b/a*
*Peachtree Settlement Funding.*

*Of Counsel:*

Lynn Charytan
Samir C. Jain
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (facsimile)

# Applicant's Statements

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __06-597__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Lynn Charytan__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __414784__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/08/1991 | 2400513 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 10/28/1991 | 430365 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S.D.C. for DC | 07/12/1993 | 430365 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the D.C. Cir | 04/06/1993 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D.C. Court of Appeals | 10/28/1991 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Peachtree Settlement Funding

(Applicant's Signature)

3-22-06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP

2445 M Street, NW, Washington, DC 20037

(202) 663-6455

Sworn and subscribed before me this

22nd Day of March 2006

Notary Public

ANDREA D. WILLIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 28, 2009

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __06-597__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Samir C. Jain__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __414783__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 01/22/1996 | 181572 |
| District of Columbia | 10/06/1997 | 456090 |
|  |  |  |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S.D.C. for DC | 07/10/2000 | 456090 |
| U.S. Court of Appeals for the D.C. Cir | 06/15/2001 | N/A |
| Continued on Attached Sheet |  |  |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Peachtree Settlement Funding

(Applicant's Signature)

3/22/06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW, Washington, DC 20037
(202) 663-6083

Sworn and subscribed before me this
22nd Day of March, 2006

Notary Public

ANDREA D. WILLIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 28, 2009

10/04

**Continuation Sheet**

**Application for Samir C. Jain to Practice in the U.S. District Court for the Eastern District of Pennsylvania**

| Court Where Admitted | Date of Admission |
| --- | --- |
| U.S. Court of Appeals, First Circuit | 04/12/2004 |
| U.S. Court of Appeals, Third Circuit | 01/26/2001 |
| U.S. Court of Appeals, Fifth Circuit | 09/24/1997 |
| U.S. Court of Appeals, Seventh Circuit | 10/19/2001 |
| U.S. Court of Appeals, Eighth Circuit | 10/28/1996 |
| U.S. Court of Appeals, Tenth Circuit | 06/18/1997 |

## Certificate of Service

It is hereby certified that on March 23, 2006 a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system. It is further certified that on this date the foregoing Entry of Appearance was served by first class mail, postage prepaid on:

Richard M. Ochroch, Esq.
James J. Waldenberger, Esq.
318 So. 16th Str
Philadelphia, PA 19102

*Attorneys for Plaintiff*
*J.G. Wentworth, S.S.C.*
*Limited Partnership*

_____
Peter F. Marvin