IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.G. WENTWORTH, S.S.C. LIMITED PARTNERSHIP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SETTLEMENT FUNDING LLC d/b/a PEACHTREE SETTLEMENT FUNDING | : | NO. 06-0597 |

ORDER

AND NOW, this 25th day of June 2007, upon consideration of the Joint Motion to Vacate the Court's January 4, 2007 Memorandum and Order and to Dismiss this Action with Prejudice, it is hereby ORDERED that the motion is DENIED. I commend the parties for not making their settlement agreement contingent upon vacatur. However, I find there are no exceptional circumstances that would make vacatur appropriate in this case.

_____
THOMAS N. O'NEILL, JR., J.

1